ACCEPTED
12-15-00240-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/27/2015 12:04:03 PM
Pam Estes
CLERK

# IN THE COURT OF APPEALS
## TWELFTH APPELLATE DIVISION
## STATE OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/27/2015 12:04:03 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| **HENRY EARL RANDLE,** APPELLANT | § § § § | |
| v. | § § | **No. 12-15-00240-CR** **No. 12-15-00241-CR** |
| **THE STATE OF TEXAS,** APPELLEE | § § | |

_____

# APPELLANT'S BRIEF

_____

On appeal from Cause Number F1320287 & F1320014
in the 145th District Court, Nacogdoches County, Texas
Honorable Judge Campbell Cox Presiding

Respectfully submitted,

Dean Watts
Attorney for Appellant
SBN # 24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288
Fax (936) 559-0959

## Identity of Parties & Counsel

**Appellant** ......................................................... Henry Earl Randle

Seth Johnson
TRIAL COUNSEL

Dean Watts
APPELLATE COUNSEL

**Appellee** ........................................................The State of Texas

Nicole Lostracco
TRIAL & APPELLATE COUNSEL

# Table of Contents

Identity of Parties & Counsel  i

Index of Authorities  iii

Statement of the Case  1

Issue Presented  n/a

Statement of Facts  1

Summary of the Argument  1

Argument  2

Prayer for Relief  2

Certificate of Service  3

# Index of Authorities

**Case Law:**

*Anders v. California, 386 U.S. 738 (1967)*                                    2

**To the Honorable Justices of the Court of Appeals:**

COMES NOW the Appellant in this cause, by and through his attorney of record, Dean Watts, and pursuant of the provisions of TEX.R.APP.PRO. 38, *et seq.*, files this brief on appeal.

## Statement of the Case

Appellant entered a plea of guilty to state jail felony theft in cause number F1320287 and to a separate state jail felony theft in cause number F1320014 on August 7, 2015 (Vol 2, p 9). On the same day, the Court found the Appellant guilty and sentenced him to confinement for a term of twelve months on both cases, with the sentences to be run concurrently. (Vol. 2 p. 34). The Appellant timely filed a notice of appeal for each case on August 28, 2015.

## Statement of Facts

On August 7, 2015, the Appellant pled guilty to two separate offenses of state jail felony theft. (Vol 2, p 9). A subsequent punishment hearing was held in which the Appellant was sentenced to 1 year imprisonment (Vol. 2, p. 34). There were no substantive objections during the punishment hearing from either the State or the Defense.

## Summary of the Argument

After a careful review of the record, it appears to Appellate Counsel that there does not seem be errors that could support an appeal in this case. In such cases as this, it

1

is the duty of Appellate Counsel to inform the Court that in Counsel's opinion, no good faith basis for appeal exists and Appellate Counsel now so informs the Court.

## Argument

Because the Appellant pled guilty to the offenses of theft, without raising any pre-trial issues, there are no issues to be raised on the guilt-innocence phase of trial. (Vol 2, p 3-4). At the punishment hearing, various documents were admitted into evidence by the State and the Defense without objection. (Vol. 2, p.10, 22). The Defense called the Appellant and his wife, and they testified without objection about Appellant's background and his efforts to turn his life around. (Vol.2 p. 11-32). At the conclusion of trial, the Court sentenced the Appellant to one year in state jail for each case, with the sentences to run concurrently, which was within the legal range of punishment for state jail felonies. (Vol. 2, p. 34).

During this punishment trial, there were no objections substantive objections during the punishment hearing which would warrant a reversal. As such, there does not appear to be any valid legal errors which could be raised at the punishment phase of Appellant's trial.

Consequently, after a careful review of the record, Counsel finds nothing that "might arguably support the appeal". ***Anders v. California***, 386 U.S. 738 (1967).

## Prayer

WHEREFORE, PREMISES CONSIDERED, Counsel respectfully prays that this Court permit him to withdraw after this Court's own examination of the record in this

2

cause to afford Appellant his right to file any pro se brief he may wish to file.

Respectfully submitted,

/s/ Dean Watts
Dean Watts, Attorney for Appellant
SBN 24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288
Fax (936) 559-0959

## Certificate of Service

A true copy of the State's brief has been provide by hand delivery to the Attorney for the State at 101 West Main Street, Nacogdoches, Texas 75961, and by mail to the Appellant, TDCJ # 02014217, Gist Unit, 3295 FM 3514, Beaumont, Texas 77705 on October 27, 2015.

/s/ Dean Watts
Dean Watts, Attorney for Appellant

## Certificate of Compliance

In accordance with Rule 9.4 of the Texas Rules of Appellate Procedure, I certify that the total number of words in this document are 756 words.

/s/ Dean Watts
Dean Watts, Attorney for Appellant

3